Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00702-CV

**YO LANDOWNERS ASSOCIATION, INC.**,
Appellant

v.

**D.O. RANCH INVESTMENTS, L.L.C.**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 11-0709-B
The Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  November 16, 2011

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP.

P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P. 42.1(d)(absent

agreement of the parties, costs are taxed against appellant).

PER CURIAM